| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Michael John Gennarelli | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11/08/2023    Michael John Gennarelli    /s/ Michael Gennarelli
                    Printed name of Debtor 1    Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                Printed name of Debtor 2    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.EMP.INCOME.DEC



# Earnings Statement



PRIME COMMS RETAIL, LLC
12550 REED RD, SUITE 100
SUGAR LAND, TX 77478
PH#- 281-240-7800

Period Beginning: 11/18/2023
Period Ending: 12/01/2023
Pay Date: 12/08/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J GENNARELLI
6475 E PACIFIC COAST HWY
# 153
LONG BEACH CA 90803-4201

Social Security Number: XXX-XX-0969

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 78.49 | 1,295.09 | 18,054.69 |
| Ca Break Pay | 16.5000 | 2.00 | 33.00 | 181.50 |
| Overtime | | | | 144.84 |
| CA Sls Inc OT | | | | 24.47 |
| Nh Ramp Up | | | | 1,000.00 |
| Sales Incentive | | | | 7,154.94 |
| Sick Leave | | | | 594.00 |
| **Gross Pay** | | | **$1,328.09** | 27,154.44 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | 0.00 | |
| TOT WORK HOURS | 78.49 | |
| Totl Hrs Worked | 78.49 | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Single
Exemptions/Allowances:
  CA: 0

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -86.98 | 1,777.90 |
| | Social Security Tax | -82.35 | 1,683.58 |
| | Medicare Tax | -19.26 | 393.74 |
| | CA State Income Tax | -25.10 | 544.96 |
| | CA SDI Tax | -11.95 | 244.39 |
| | **Net Pay** | **$1,102.45** | |
| | Checking | -1,102.45 | 22,509.87 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,328.09

© 2000 ADP, Inc.

---



PRIME COMMS RETAIL, LLC
12550 REED RD, SUITE 100
SUGAR LAND, TX 77478
PH#- 281-240-7800

**Advice number:** 00000492225
Pay date: 12/08/2023

**Deposited to the account of**
MICHAEL J GENNARELLI

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7998 | xxxx xxxx | $1,102.45 |



**NON-NEGOTIABLE**





## Earnings Statement

*PRIME COMMS RETAIL, LLC*  
*12550 REED RD, SUITE 100*  
*SUGAR LAND, TX 77478*  
*PH#- 281-240-7800*

Period Beginning: 12/18/2023  
Period Ending: 12/18/2023  
Pay Date: 12/18/2023

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
   Federal: Standard Withholding Table

MICHAEL J GENNARELLI  
6475 E PACIFIC COAST HWY  
# 153  
LONG BEACH CA 90803-4201

Social Security Number: XXX-XX-0969

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| CA Sls Inc OT | 11.6200 | 1.00 | 11.62 | 36.09 |
| Sales Incentive | | | 4,202.45 | 11,357.39 |
| Regular | | | | 18,054.69 |
| Overtime | | | | 144.84 |
| Ca Break Pay | | | | 181.50 |
| Nh Ramp Up | | | | 1,000.00 |
| Sick Leave | | | | 594.00 |
| **Gross Pay** | | | **$4,214.07** | 31,368.51 |

Your federal taxable wages this period are $4,214.07

### Additional Tax Withholding Information
Taxable Marital Status:  
  CA: Single  
Exemptions/Allowances:  
  CA: 0

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -629.69 | 2,407.59 |
| | Social Security Tax | -261.27 | 1,944.85 |
| | Medicare Tax | -61.10 | 454.84 |
| | CA State Income Tax | -273.29 | 818.25 |
| | CA SDI Tax | -37.93 | 282.32 |
| | **Net Pay** | **$2,950.79** | |
| | Checking | -2,950.79 | 25,460.66 |
| | **Net Check** | **$0.00** | |

$11.62, 1.00 Ca Sls Inc Ot Hours for 10/01/23 - 10/31/23  
$4,202.45 Sales Incentive for 10/01/23 - 10/31/23

© 2000 ADP, Inc.

---



PRIME COMMS RETAIL, LLC  
12550 REED RD, SUITE 100  
SUGAR LAND, TX 77478  
PH#- 281-240-7800

**Advice number:** 00000512040  
**Pay date:** 12/18/2023

**Deposited to the account of**  
MICHAEL J GENNARELLI

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7998 | xxxx xxxx | $2,950.79 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement





PRIME COMMS RETAIL, LLC
12550 REED RD, SUITE 100
SUGAR LAND, TX 77478
PH#- 281-240-7800

Period Beginning: 12/02/2023
Period Ending: 12/15/2023
Pay Date: 12/22/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J GENNARELLI
6475 E PACIFIC COAST HWY
# 153
LONG BEACH CA 90803-4201

Social Security Number: XXX-XX-0969

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 77.65 | 1,281.23 | 19,335.92 |
| Ca Break Pay | 16.5000 | 1.00 | 16.50 | 198.00 |
| Overtime | | | | 144.84 |
| CA Sls Inc OT | | | | 36.09 |
| Nh Ramp Up | | | | 1,000.00 |
| Sales Incentive | | | | 11,357.39 |
| Sick Leave | | | | 594.00 |
| **Gross Pay** | | | **$1,297.73** | 32,666.24 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | 0.00 | |
| TOT WORK HOURS | 77.65 | |
| Totl Hrs Worked | 77.65 | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Single
Exemptions/Allowances:
  CA: 0

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -83.34 | 2,490.93 |
| | Social Security Tax | -80.46 | 2,025.31 |
| | Medicare Tax | -18.82 | 473.66 |
| | CA State Income Tax | -23.76 | 842.01 |
| | CA SDI Tax | -11.68 | 294.00 |
| | **Net Pay** | **$1,079.67** | |
| | Checking | -1,079.67 | 26,540.33 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,297.73

© 2000 ADP, Inc.

---



PRIME COMMS RETAIL, LLC
12550 REED RD, SUITE 100
SUGAR LAND, TX 77478
PH#- 281-240-7800

**Advice number:** 00000516226
Pay date: 12/22/2023

**Deposited to the account of**
MICHAEL J GENNARELLI

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7998 | xxxx xxxx | $1,079.67 |



**NON-NEGOTIABLE**

# Earnings Statement 



PRIME COMMS RETAIL, LLC
12550 REED RD, SUITE 100
SUGAR LAND, TX 77478
PH#- 281-240-7800

Period Beginning: 12/16/2023
Period Ending: 12/29/2023
Pay Date: 01/05/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

MICHAEL J GENNARELLI
6475 E PACIFIC COAST HWY
# 153
LONG BEACH CA 90803-4201

Social Security Number: XXX-XX-0969

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 80.00 | 1,320.00 | 1,320.00 |
| Overtime | 24.7500 | 3.30 | 81.68 | 81.68 |
| **Gross Pay** | | | **$1,401.68** | 1,401.68 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | 0.00 | |
| TOT WORK HOURS | 83.30 | |
| Totl Hrs Worked | 83.30 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -91.90 | 91.90 |
| | Social Security Tax | -86.90 | 86.90 |
| | Medicare Tax | -20.32 | 20.32 |
| | CA State Income Tax | -27.31 | 27.31 |
| | CA SDI Tax | -15.42 | 15.42 |
| **Net Pay** | | **$1,159.83** | |
| Checking | | -1,159.83 | 1,159.83 |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**

Taxable Marital Status:
  CA:                Single
Exemptions/Allowances:
  CA:                0

Your federal taxable wages this period are
$1,401.68

© 2000 ADP, Inc.



PRIME COMMS RETAIL, LLC
12550 REED RD, SUITE 100
SUGAR LAND, TX 77478
PH#- 281-240-7800

**Advice number:** 00000012234
Pay date: 01/05/2024

**Deposited to the account of**
**MICHAEL J GENNARELLI**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7998 | xxxx xxxx | $1,159.83 |



**NON-NEGOTIABLE**