Certificate Number: 14912-CAC-DE-038278019

Bankruptcy Case Number: 24-10663



14912-CAC-DE-038278019

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 13, 2024, at 11:11 o'clock PM EDT, Michael Gennarelli completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:    March 13, 2024              By:    /s/Jai Bhatt

                                     Name:  Jai Bhatt

                                     Title: Counselor